UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARISSA SHELTON AND GREGORY BOHUS, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RESTAURANT.COM INC., <br><br> Defendant. | Civil Action No. 10-00824 (JAP) <br><br> **ORDER** |

PISANO, District Judge.

Presently before the Court is Defendant's motion to dismiss. For the reasons set forth in the accompanying Opinion,

**IT IS ON** this 15th day of June, 2010,

**ORDERED** that Defendant's motion to dismiss is **GRANTED** and this case is **CLOSED**.

/s/ JOEL A. PISANO
United States District Judge