UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LARISSA SHELTON and GREGORY
BOHUS, on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

RESTAURANT.COM INC.,

        Defendant.

Civil Action No. 10-824 (MAS) (DEA)

**ORDER**

This matter comes before the Court on Plaintiffs Larissa Shelton and Gregory Bohus's (collectively, "Plaintiffs") Motion for Attorneys' Fees and Costs in the amount of $740,809.82 pursuant to Federal Rule of Civil Procedure 54(d). (ECF No. 50.) Defendant Restaurant.com, Inc. ("Defendant") opposed Plaintiffs' motion and requested that the Court deny the motion or, alternatively, reduce the attorneys' fee award. (ECF No. 59.) Thereafter, Plaintiffs replied. (ECF No. 67.) The Court has considered the parties' submissions and heard oral argument on this matter on December 1, 2016. For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 21st day of December 2016, **ORDERED** that Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 50) is **GRANTED** as modified in the amount of $190,648.60.

                              s/ Michael A. Shipp
                              **MICHAEL A. SHIPP**
                              **UNITED STATES DISTRICT JUDGE**